**UNITED STATES of America,** Plaintiff–Appellee,

v.

**Jesus Manuel VALENZUELA–ANAYA, Defendant–Appellant.**

**No. 07–10587.**

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2009.*

Filed April 22, 2009.

Claire Kiehl Lefkowitz, Esq., USTU–Office of the U.S. Attorney Evo A. Deconcini, Tucson, AZ, for Plaintiff–Appellee.

Jay Aaron Marble, FPDAZ–Federal Public Defender's Office, Tucson, AZ, for Defendant–Appellant.

Before: GRABER, GOULD, and BEA, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Jesus Manuel Valenzuela–Anaya appeals from the 51–month sentence imposed following his guilty-plea conviction for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Valenzuela–Anaya contends that the government's refusal to move for a third point reduction for acceptance of responsibility, pursuant to U.S.S.G. § 3E1.1(b), was arbitrary because it was not rationally related to a legitimate government end. This contention lacks merit. *See United States v. Medina–Beltran*, 542 F.3d 729, 731 (9th Cir.2008).

**AFFIRMED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

